**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | | |
|---|---|---|
| JON ROSE, an individual, | ) | CASE NO. 5:19-cv-00430 AG (SHKx) |
| Plaintiff, | ) ) ) | **ORDER TO REMAND MATTER BACK TO STATE COURT** |
| vs. | ) ) | |
| COSTCO WHOLESALE CORPORATION, a business entity, form unknown; DOES 1 through 50, inclusive, | ) ) ) ) ) | District Judge: Hon. Andrew J. Guilford<br>Magistrate Judge:<br>Hon. Shashi H. Kewalramani |
| Defendants. | ) ) | Filed: January 25, 2019<br>Removed: March 8, 2019 |

Having read and considered the Joint Stipulation to remand matter back to State Court, filed by Plaintiff Jon Rose ("Plaintiff"), and Defendant Costco Wholesale Corporation ("Defendant").

/ / /

/ / /

/ / /

/ / /

1  **IT IS HEREBY ORDERED** that this matter be remanded back to the Superior Court of California, County of San Bernardino, Department S33, the Honorable John M. Tomberlin, effectively immediately.

Dated: July 18, 2019

HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE